| Attorney or Party without Attorney: <br> Kathryn Lee Boyd. Esq. <br> Hecht Partners LLP <br> 125 Park Ave 25th Floor <br> New York, NY 10017 <br> Telephone No: 212-851-6821 <br> Attorney For: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: <br> Hanagami v Epic | | |
| Insert name of Court, and Judicial District and Branch Court: <br> USDC-Central District of California | | | | |
| Plaintiff: Kyle Hanagami <br> Defendant: Epic Games, Inc., et al. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:22-cv-02063-SVW-MRW |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Report on the Filing or Determination of an Action or Appeal Regarding a Copyright; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice; (Proposed) Order on Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge

3. a. *Party served:* Epic Games, Inc.
   b. *Person served:* Leeza Puckett, Intake Specialist, CT Corporation System, Registered Agent, authorized to accept served under F.R.C.P. Rule 4.

4. *Address where the party was served:* 160 Mine Lake Ct Suite 200, Raleigh, NC 27615

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Apr 06 2022 (2) at: 11:34 AM

6. *Person Who Served Papers:*
   a. Kevin Berry
   b. FIRST LEGAL
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

4-6-22
(Date)

(Signature)



PROOF OF SERVICE

6913101
(352225)