Dale M. Cendali (admitted *pro hac vice*)
dale.cendali@kirkland.com
Joshua L. Simmons (admitted *pro hac vice*)
joshua.simmons@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Yungmoon Chang (SBN 311673)
yungmoon.chang@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900

*Attorneys for Defendant Epic Games, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE HANAGAMI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EPIC GAMES, INC., a North Carolina Corporation, et al.,<br><br>Defendants. | CASE NO. 2:22-cv-02063-SVW-MRWx<br><br>**DEFENDANT EPIC GAMES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND SPECIAL MOTION TO STRIKE (ANTI-SLAPP), OR IN THE ALTERNATIVE, MOTION TO STRIKE CERTAIN FORMS OF RELIEF**<br><br>Complaint Filed Date: March 29, 2022<br><br>Judge: Stephen V. Wilson<br>Hearing Date: June 27, 2022<br>Time: 1:30pm<br>Courtroom: 10A |

**PLEASE TAKE NOTICE** that, on June 27, 2022 at 1:30 p.m., or a date to be determined by the Court, in Courtroom 10A of the United States District Court for the Central District of California, at the United States Courthouse, located at 350 W. 1st St., Los Angeles, CA 90012, Defendant Epic Games, Inc. ("Epic") will and hereby does move the Court for an order dismissing Plaintiff Kyle Hanagami's ("Plaintiff") Complaint (Dkt. No. 1) (the "Complaint") in its entirety, pursuant to Federal Rule of Civil Procedure ("Federal Rule") 12(b)(6), as well as striking his unfair competition claim (Count III), pursuant to California Code of Civil Procedure § 425.16 (anti-SLAPP).  In the alternative, Epic will and hereby does move the Court to strike certain forms of relief sought by Plaintiff pursuant to Federal Rule 12(f).  Epic's motion is based on this Notice of Motion, the Memorandum of Law in Support of the Motion, the Declaration of Dale M. Cendali, Esq. in Support of the Motion, and Epic's Request for Judicial Notice, collectively filed herewith.

Epic brings this motion under Federal Rule 12(b)(6) on several grounds.  ***First***, Plaintiff's claims of direct and contributory copyright infringement (Counts I and II) fail as a matter of law because his registered work is not substantially similar to Epic's *Fortnite*, nor the "It's Complicated" emote.  ***Second***, Plaintiff's unfair competition claim (Count III) is preempted by the Copyright Act.  ***Third***, Plaintiff's requests for attorney's fees, as well as punitive and exemplary damages, are not available on his claims.

Epic also brings this motion under California Code of Civil Procedure § 425.16(b)(1) (anti-SLAPP) to strike Plaintiff's unfair competition claim (Count III) on the grounds that (1) Plaintiff's state law claim arises from acts in furtherance of Epic's right of free speech in connection with a public issue; and (2) Plaintiff cannot demonstrate a probability of prevailing on his unfair competition claim because it is preempted.

Finally, in the alternative, Epic brings this motion under Federal Rule 12(f) to strike the requests for relief discussed above.

EPIC'S MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE (ANTI-SLAPP)                               CASE NO. 2:22-CV-02063-SVW-MRWx

As required by Local Rule 7-3, on May 19, 2022, counsel for the parties conferred on the grounds on which Epic would move to dismiss.  As the parties were unable to reach an informal resolution, Epic had no alternative but to file this motion.  Because no amendment can cure the deficiencies identified in Epic's motion, Epic seeks dismissal with prejudice.

DATED:  May 27, 2022

*/s/ Dale M. Cendali*
Dale M. Cendali (admitted *pro hac vice*)
dale.cendali@kirkland.com
Joshua L. Simmons (admitted *pro hac vice*)
joshua.simmons@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Yungmoon Chang (SBN 311673)
yungmoon.chang@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900

*Attorneys for Defendant Epic Games, Inc.*