Dale M. Cendali (admitted *pro hac vice*)
dale.cendali@kirkland.com
Joshua L. Simmons (admitted *pro hac vice*)
joshua.simmons@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Yungmoon Chang (SBN 311673)
yungmoon.chang@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900

*Attorneys for Defendant Epic Games, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KYLE HANAGAMI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EPIC GAMES, INC., a North Carolina Corporation, et al.,<br><br>Defendants. | CASE NO. 2:22-cv-02063-SVW-MRWx<br><br>**DECLARATION OF DALE M. CENDALI, ESQ. IN SUPPORT OF DEFENDANT EPIC GAMES, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND SPECIAL MOTION TO STRIKE (ANTI-SLAPP), OR IN THE ALTERNATIVE, MOTION TO STRIKE CERTAIN FORMS OF RELIEF**<br><br>Complaint Filed Date: March 29, 2022<br><br>Judge:         Stephen V. Wilson<br>Hearing Date: June 27, 2022<br>Time:          1:30pm<br>Courtroom:   10A |

I, Dale M. Cendali, Esq., declare as follows:

1. I am a partner at the law firm of Kirkland & Ellis LLP and counsel of record for Defendant Epic Games, Inc. ("Epic"). I am licensed to practice law in the State of New York and am admitted *pro hac vice* to practice before this Court. I submit this declaration in support of Epic's motion to dismiss Plaintiff Kyle Hanagami's ("Plaintiff") Complaint in its entirety and special motion to strike (anti-SLAPP) Plaintiff's unfair competition claim (Count III), or in the alternative, motion to strike certain forms of relief sought by Plaintiff.

2. As referenced in the Complaint, on February 18, 2021, Plaintiff filed an application to register "choreography" in a video performed to the song "How Long," by Charlie Puth. As part of his application, Plaintiff submitted a copy of the video, which is five minutes in length, containing approximately 520 counts of dancing (104 counts of music for each of five different groups of dancers). A true and correct copy of the video deposit copy will be lodged with the Court as **Exhibit A**.

3. On August 25, 2020, Epic released Chapter 2, Season 3 of *Fortnite*, which includes the "It's Complicated" emote (the "Emote"). The Emote contains 16 counts of movement. A true and correct copy of a video of the Emote will be lodged with the Court as **Exhibit B**.

4. In Epic's memorandum of law, it cites to *Reece v. Island Treasures Art Gallery, Inc.*, 68 F. Supp. 2d 1197 (D. Haw. 2006). For the Court's convenience, attached hereto as **Exhibit C** are true and correct copies of the "Makanani" photograph and "Nohe" stained glass artwork referenced in that decision. Dkt. Nos. 63-14 and 63-15, No. 1:06 Civ. 00489, 68 F. Supp. 2d 1197 (D. Haw. 2006).

5. Epic's memorandum of law also cites to certain legal authorities from the Copyright Office. For the Court's convenience, attached hereto as **Exhibit D** is a true and correct copy of the E-File Correspondence for the "Floss" dance steps, including the Copyright Office refusal letter on pages 7–8 thereof, that was filed as Dkt 35-7 in

1 | *Redd v. Epic Games, Inc.*, No. 2:18 Civ. 10444 (C.D. Cal.).

2 |     6.    Attached hereto as **Exhibit E** is a true and correct copy of the Copyright Office public catalog entry for the "Flossin Dance" that was filed as Dkt. 35-4 in *Redd v. Epic Games, Inc.*, No. 2:18 Civ. 10444 (C.D. Cal.).

    7.    Attached hereto as **Exhibit F** is a true and correct copy of the E-File Correspondence for the "Carlton" dance steps, including the Copyright Office refusal letter on pages 7–8 thereof, that was filed as Dkt. 23-8 in *Ribeiro v. Epic Games, Inc.*, No. 2:18 Civ. 10412 (C.D. Cal.).

    8.    Attached hereto as **Exhibit G** is a true and correct copy of the E-File Correspondence for the "Milly Rock" dance steps, including the Copyright Office refusal letter on pages 8–9 thereof, that was filed as Dkt. 59-3 in *Ferguson v. Epic Games, Inc.*, No. 2:18 Civ. 10110 (C.D. Cal.).

    9.    Attached hereto as **Exhibit H** is a true and correct copy of the Copyright Office letter to Puo-I "Bonnie" Lee (dated July 14, 2016), that is available at https://www.copyright.gov/rulings-filings/review-board/docs/five-petal-flower.pdf.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 27, 2022

    /s/ Dale M. Cendali
Dale M. Cendali (admitted *pro hac vice*)
dale.cendali@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Attorney for Defendant Epic Games, Inc.*