Yungmoon Chang (SBN 311673)
yungmoon.chang@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE HANAGAMI<br><br>PLAINTIFF(S)<br>v.<br>EPIC GAMES, INC.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:22-cv-2063 SVW-MRWx<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☑ Lodged:  (**List Documents**)

EXHIBIT A - CHARLIE PUTH - How Long_Kyle Hanagami Choreography.mp4
EXHIBIT B - INGAME RECORDING - It's Complicated Emote.mp4

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

May 27, 2022
Date

Dale M. Cendali
Attorney Name

Epic Games, Inc.
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                                                 NOTICE OF MANUAL FILING OR LODGING