Hecht Partners LLP
Kathryn Lee Boyd (SBN 189496)
6420 Wilshire Blvd., 13th Floor
Los Angeles, CA 90048

David L. Hecht (*Pro Hac Vice*)
Maxim Price (*Pro Hac Vice*)
125 Park Avenue, 25th Floor
New York, NY 10017
Tel: 212-851-6821

*Attorneys for Plaintiff Kyle Hanagami*

THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kyle Hanagami, an individual,<br><br>Plaintiff,<br>v.<br>Epic Games, Inc., a North Carolina corporation; and Does 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-02063-SVW-MRWx<br><br>**DECLARATION OF DAVID L. HECHT IN SUPPORT OF PLAINTIFF KYLE HANAGAMI'S OPPOSITION TO DEFENDANT EPIC GAMES, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND SPECIAL MOTION TO STRIKE (ANTI-SLAPP), OR IN THE ALTERNATIVE, MOTION TO STRIKE CERTAIN FORMS OF RELIEF**<br><br>Complaint Filed: March 29, 2022<br><br>Judge:         Stephen V. Wilson<br>Hearing Date: June 27, 2022<br>Time:          1:30pm<br>Courtroom:    10A |

I, David L. Hecht, declares as follows:

1. I am a partner at the law firm Hecht Partners LLP and am counsel for Plaintiff Kyle Hanagami ("Plaintiff" or "Hanagami"). I am licensed to practice law in the State of New York and am admitted pro hac vice to practice before this Court in this matter. I make this declaration based upon personal knowledge. If called to testify as a witness, I could and would testify competently to the same. I submit this declaration in support of Plaintiff Kyle Hanagami's Opposition to Defendant Epic Games, Inc.'s ("Epic") Motion to Dismiss, ECF 30 ("MTD").

2. Lodged with the Court as Exhibit 1 is a true and correct copy of a Youtube video titled "It's Complicated Emote | Fortnite Battle Royale", that depicts the It's Complicated Emote being performed by an avatar, as it appeared in the Fortnite Item Shop. The video was captured from the following address: https://www.youtube.com/watch?v=ye8BYIzPxgQ.

3. Lodged with the Court as Exhibit 2 is a true and correct copy of a Youtube video titled "Fortnite Infringement of Kyle Hanagami Choreography", that shows a side-by-side comparison of the Fortnite It's Complicated emote and Copyright Registration Number PA 2-277-839, which covers the "How Long Choreography". The video is also available at: https://www.youtube.com/watch?v=vXYDr9o_FJY.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 6, 2022          Respectfully Submitted,
                             HECHT PARTNERS LLP


                             By: /s/ David L. Hecht
                             *Attorney for Plaintiff Kyle Hanagami*

# CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the forgoing **DECLARATION OF DAVID L. HECHT IN SUPPORT OF PLAINTIFF KYLE HANAGAMI'S OPPOSITION TO DEFENDANT EPIC GAMES, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND SPECIAL MOTION TO STRIKE (ANTI-SLAPP), OR IN THE ALTERNATIVE, MOTION TO STRIKE CERTAIN FORMS OF RELIEF** with the Clerk of the Court by using the CM/ECF system, which will automatically send a notice of electronic filing to all persons registered with ECF.

Dated: June 6, 2022                    By: */s/ David L. Hecht*
                                            David L. Hecht