Name  Kathryn Lee Boyd (SBN 189496)

Address  6420 Wilshire Blvd., 14th Floor

City, State, Zip  Los Angeles, CA 90048

Phone  212-851-6821

Fax

E-Mail  lboyd@hechtpartners.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kyle Hanagami, an individual,<br><br>PLAINTIFF(S),<br><br>v.<br><br>Epic Games, Inc., a North Carolina corporation; and Does 1 through 10, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:22-cv-02063-SVW-MRWx<br><br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that _____ Kyle Hanagami _____ hereby appeals to

*Name of Appellant*

the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):

  Granting Motion to Dismiss

☐ Judgment (specify):


☐ Other (specify):

Imposed or Filed on ____August 24, 2022____. Entered on the docket in this action on _August 24, 2022 at ECF 45_.

A copy of said judgment or order is attached hereto.

9/23/2022 _____          /s/ Kathryn Lee Boyd _____

Date                                          Signature

                                              ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:**   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party.  Also, if not electronically filed in a criminal case,  the Clerk shall be furnished a sufficient number of copies of the Notice of  Appeal to permit prompt compliance with the service requirements of FRAP 3(d).