Hecht Partners LLP
Kathryn Lee Boyd (SBN 189496)
6420 Wilshire Blvd., 13th Floor
Los Angeles, CA 90048

David L. Hecht (*Pro Hac Vice*)
Maxim Price (*Pro Hac Vice*)
125 Park Avenue, 25th Floor
New York, NY 10017
Tel: 212-851-6821

*Attorneys for Plaintiff Kyle Hanagami*

# THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kyle Hanagami, an individual,<br><br>Plaintiff,<br>v.<br>Epic Games, Inc., a North Carolina corporation; and Does 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-02063-SVW-MRWx<br><br>**[PROPOSED] STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL**<br><br>Complaint Filed: March 29, 2022<br><br>Judge: Stephen V. Wilson |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kyle Hanagami and Defendant Epic Games, Inc., through their counsel of record, hereby stipulate that the above-captioned action is dismissed with prejudice.

Dated: February 12, 2024

By: /s/David L. Hecht
David L. Hecht (admitted *pro hac vice*)
dhecht@hechtpartners.com
Maxim Price (admitted *pro hac vice*)
mprice@hechtpartners.com

- 1 -

HECHT PARTNERS LLP
125 Park Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 851-6821

Kathryn Lee Boyd (SBN 189496)
lboyd@hechtpartners.com
HECHT PARTNERS LLP
6420 Wilshire Blvd., 13th Floor
Los Angeles, CA 90048
Telephone: (212) 851-6821

By: /s/Dale M. Cendali
Dale M. Cendali (admitted *pro hac vice*)
dale.cendali@kirkland.com
Joshua L. Simmons (admitted *pro hac vice*)
joshua.simmons@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Yungmoon Chang (SBN 311673)
yungmoon.chang@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900

*Attorneys for Defendant Epic Games, Inc.*

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that attorney Dale M. Cendali concurs in the content of this stipulation and has authorized the filing of this stipulation.

DATED: February 12, 2024

By: /s/David L. Hecht
David L. Hecht (admitted *pro hac vice*)
dhecht@hechtpartners.com
HECHT PARTNERS LLP
125 Park Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 851-6821