JS-6

# THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kyle Hanagami, an individual, | |
| Plaintiff, | CASE NO. 2:22-cv-02063-SVW-MRWx |
| v. | **ORDER OF DISMISSAL** |
| Epic Games, Inc., a North Carolina corporation; and Does 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: February 15, 2024

_____
Stephen V. Wilson
United States District Judge

1